**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLYNN WARD, | No. CIV S-09-2542-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| OROMDE, et al., | |
|     Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's complaint (Doc. 1). The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a).

      Plaintiff claims the three named defendants subjected him to cruel and unusual punishment, in violation of his Eighth Amendment rights. He first claims defendant Oromde placed him in mechanical restrains improperly, which subjected him to excruciating pain. Defendant Oromde then refused to fix the restraints after Plaintiff requested they be loosened, and instead laughed and applied more pressure maliciously and sadistically, causing permanent nerve damage and constant numbness.

He next alleges defendant Kirshner kept him in a transportation van for over three hours, in temperature exceeding 100-degrees, without adequate ventilation. Plaintiff states he informed defendant Kirshner that he was on medication which made him susceptible to heat, but defendant Kirshner refused to remedy the situation. Finally, Plaintiff alleges defendant Bonnie refused him medical treatment and refused to document his injuries due to the mechanical restraints.

The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The court authorizes service on the following defendant(s):

ORMONDE, KIRSHNER, BONNIE

2. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the complaint; and

///
///
///
///
///
///
///
///

1        3.  Within 30 days of the date of service of this order, plaintiff shall complete
2 the attached Notice of Submission of Documents and submit the following documents to the
3 court:
4            a.   The completed Notice of Submission of Documents;
5            b.   One completed summons;
6            c.   Three completed USM-285 form(s); and
7            d.   Four copies of the endorsed complaint.

DATED: December 16, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLYNN WARD, | No. CIV S-09-2542-CMK-P |
| Plaintiff, | |
| vs. | |
| OROMDE, et al., | |
| Defendants. | |
| _____/ | |

### NOTICE OF SUBMISSION OF DOCUMENTS

Plaintiff hereby submits the following documents in compliance with the court's order:

     <u> 1 </u>     completed summons form;

     <u>    </u>     completed USM-285 form(s); and

     <u>    </u>     copies of the complaint.

DATED: _____    _____
                                                                    Plaintiff