IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLYNN WARD, | No. CIV S-09-2542-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| OROMDE, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c).  On January 25, 2010, the court issued an order re consent or request for reassignment (Doc. 12).  A review of the docket indicates that Defendant has not yet responded to the order.   Accordingly, Defendant shall respond to the order re consent within 30 days.

      SO ORDERED.

DATED: May 18, 2010

                                                                                **CRAIG M. KELLISON**
                                                                                 UNITED STATES MAGISTRATE JUDGE