UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

GLYNN WARD,

        Plaintiff,               No. 2:09-cv-2542-CMK

  vs.

OROMDE, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Glynn Ward, inmate # P-80171, a necessary and material witness in proceedings in this case on August 10, 2010, is confined in California State Prison, Sacramento, Prison Road, Represa, California, 95671, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Michael Colatrella, to appear from the institution by video conference at the U. S. District Court, 501 I Street, Sacramento, California 95814, Courtroom #1 on Tuesday, August 10, 2010 at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by video conference in a mediation at the time and place above, until completion of the mediation; and

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California State Prison, Sacramento, P. O. Box 290002, Represa, California, 95671:**

        **WE COMMAND** you to produce the inmate named above to testify before Michael Colatrella by video conference at the time and place above, until completion of the mediation.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: June 15, 2010

                                                                                            */s/ Craig M. Kellison*
                                                                                         **CRAIG M. KELLISON**
                                                                                         UNITED STATES MAGISTRATE JUDGE