IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLYNN WARD, | No. CIV S-09-2542-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| OROMDE, et al., | |
|     Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c).

On January 14, 2011, defendants filed a motion for summary judgement, which was served on plaintiff the same day. On February 3, 2011, the court received notice from plaintiff that he did not receive a complete copy of defendants' motion. Accordingly, defendants reserved the motion and counsel confirmed with plaintiff that he had received a complete copy on February 7, 2011.

/ / /

As plaintiff had not received a complete copy of the motion for summary judgment until February 7, 2011, he will be provided additional time in which to file his opposition. Therefore, plaintiff may file a response to the motion for summary judgment within 30 days of the date of this order.

        IT IS SO ORDERED.

DATED: February 10, 2011

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE